Barbara Ann TYLER, Plaintiff—Appellee,

v.

WILLIAMSON INDUSTRIES INC., Defendant—Appellant.

No. 03–60205.
Summary Calendar

United States Court of Appeals, Fifth Circuit.

DECIDED: April 22, 2004.

Michael M. Taylor, Brookhaven, MS, Jonathan Byron Fairbank, Law Office of Jonathan B. Fairbank, Jackson, MS, for Plaintiff-Appellee.

John E. Menechino, Mark E. Farrell, Smith, Currie & Hancock, Atlanta, GA, for Defendant–Appellant.

Before JOLLY, JONES and PRADO, Circuit Judges.[1]

PER CURIAM:

The court has considered the appellant's arguments in light of oral argument, the briefs and pertinent portions of the record. Having done so, we find no reversible error and affirm the judgment of the district court.

AFFIRMED.